CRISTOFARO VOLPE, Appellant, v. UNITED MARINE CONTRACTING CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.